No. 10-7727. James William Young, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 962, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 111.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 613 F.3d 735.

No. 10-7733. Archie Bradfield, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 963, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 388.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 376 Fed. Appx. 620.

No. 10-7734. Raymond A. Collins, Petitioner v. United States.

562 U.S. 1159, 131 S. Ct. 963, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 19.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 373 Fed. Appx. 94.

No. 10-7735. Jaime Martinez-Segura, Petitioner v. United States.

562 U.S. 1160, 131 S. Ct. 963, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 43.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 135.

No. 10-7736. Terrence Little, Petitioner v. United States.

562 U.S. 1160, 131 S. Ct. 963, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 219.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7738. Daniel Martinez-Brambila, Petitioner v. United States.

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 44.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 502.

No. 10-7739. Jeremiah Mungo and Lamont A. Peete, Petitioners v. United States.

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 20,

January 10, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 987 A.2d 1145.

No. 10-7741. Jeff McMahan, Petitioner v. United States.

562 U.S. 1160, 131 S. Ct. 964, 178 L. Ed. 2d 793, 2011 U.S. LEXIS 605.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 453.